# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CRIMINAL ACTION |
| | : | NO. 12-47 |
| RAYMOND HAYWOOD, | : | |
| *Defendant.* | : | |

## ORDER

**AND NOW**, this 18th day of February, 2022, upon consideration of Defendant's Pro Se Motion for Compassionate Release Pursuant to 18 U.S.C. §3582(c)(1)(A)(i) (ECF No. 63), the Government's Response in Opposition thereto (ECF No. 64), and Defendant's Reply in Further Support of his Motion (ECF No. 68), it is hereby **ORDERED** that Defendant's Motion is **DENIED** with leave to re-file.

BY THE COURT:

*/s/ C. Darnell Jones, II*
C. DARNELL JONES, II    J.